March 12, 2010

Mr. Reagan W. Simpson
King & Spalding LLP
401 Congress Avenue
Suite 3200
Austin, TX 78701
Mr. Dee J. Kelly Jr.
Kelly Hart & Hallman LLP
201 Main Street, Suite 2500
Fort Worth, TX 76102

RE: Case Number: 07-0541
 Court of Appeals Number: 02-04-00242-CV
 Trial Court Number: 03-05-379

Style: TXI TRANSPORTATION COMPANY, ET AL.
 v.
 RANDY HUGHES, ET AL.

Dear Counsel:

 Today the Supreme Court of Texas issued an opinions and enclosed
judgment in the above-referenced cause. You may obtain a copy of the
opinion at: http://www.supreme.courts.state.tx.us/historical/recent.asp.
If you would like the opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.
(Justice Johnson not sitting)

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Mr. Allen Linn |
| |Williamson |
| |Ms. Stephanie |
| |Robinson |
| |Ms. Cristy Fuqua |